**JUDGE KOELTL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**07 CIV 9325**

-----------------------------------------------------------------X

MARIE C. JOSEPH,

                                   Plaintiff,

               07 CIV. _____ ( )

-against-

               <u>RULE 7.1 STATEMENT</u>

TERRENCE CARDINAL COOKE HEALTH CARE CENTER,
1199SEIU NEW YORK'S HEALTH & HUMAN SERVICES
UNION AND NIEVA BOLINAS,

               ECF CASE

                                Defendants.

-----------------------------------------------------------------X



RECEIVED
OCT 1 8 2007
U.S.D.C. S.D.N.Y.
CASHIERS

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following are corporate parents, subsidiaries, or affiliates of that party which are publicly held: None.

Dated: New York, New York
       October 18, 2007

                                                          LEVY RATNER, P.C.

                                         By: David Slutsky (DS-7364)
                                             Counsel for 1199SEIU United
                                             Healthcare Workers East
                                             80 Eighth Avenue, 8th Floor
                                             New York, New York 10011-5126
                                             (212) 627-8100