UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
MARIE C. JOSEPH,

                                    Plaintiff,       Case No. 07 CV 9325 (JGK)

        -against-

TERRENCE CARDINAL COOKE HEALTH CARE
CENTER, 1199SEIU NEW YORK'S HEALTH & HU-       **ECF CASE**
MAN SERVICES UNION AND NIEVA BOLINAS,

                                  Defendants.
----------------------------------------------------------------------X

       PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law Defendant 1199SEIU New York's Health & Human Services Union properly known as 1199SEIU United Healthcare Workers East ("1199SEIU" or "Union"), by its undersigned attorneys, shall move, at a date to be set by this Court, for an Order dismissing the present Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure ("Fed.R.Civ.P.") and for such other relief as the Court deems just and proper.

       PLEASE TAKE FURTHER NOTICE, that, pursuant to S.D.N.Y. Local Civil Rule 6.1(b), opposing papers, if any, are to be served on or before November 6, 2007, and reply papers, if any, are to be served on or before November 13, 2007.

Dated: October 23, 2007
       New York, New York

                                                            /S/
                                            By:  David Slutsky (DS-7364)
                                                 Counsel for Union Defendants
                                                 80 Eighth Avenue, 8th Floor
                                                 New York, New York 10011-5126
                                                 (212) 627-8100

TO:    Ralph A. Accoo
        Attorneys for Plaintiff
        2345 8th Avenue
        New York, NY 10027