UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MARIE C. JOSEPH,

                                              Plaintiff,    Case No. 07 CV 9325 (JGK)

          -against-

TERRENCE CARDINAL COOKE HEALTH CARE          **ECF CASE**
CENTER, 1199SEIU NEW YORK'S HEALTH & HU-
MAN SERVICES UNION AND NIEVA BOLINAS,

                                             Defendants.
------------------------------------------------------------------X

STATE OF NEW YORK    )
                               ) ss.:
COUNTY OF NEW YORK  )

## AFFIDAVIT OF SERVICE

I, JENNIFER CAHN, being duly sworn state the following:

I am not a party to this action, am over 18 years of age and reside at Woodmere, New York.

On the 24th of October, 2007, I served the within Motion to Dismiss and Memorandum of Law in Support of Defendant's Motion to Dismiss the Complaint by mailing a true copy to each of the following persons at the last known address set forth after each name below:

| | |
|---|---|
| Marie C. Joseph<br>c/o Ralph A. Accoo<br>Attorney for Plaintiff<br>2345 8th Avenue<br>New York, NY 10027 | Terrence Cardinal Cooke Health Care Center<br>c/o David E. Prager, Esq.<br>Bond, Schoeneck & King, PLLC<br>330 Madison Avenue, 39th Floor<br>New York, NY 10017 |

Nieva Bolinas
c/o David E. Prager, Esq.
Bond, Schoeneck & King, PLLC
330 Madison Avenue, 39th Floor
New York, NY 10017

JENNIFER CAHN

Sworn to before me this
24th day of October, 2007

NOTARY PUBLIC

EZEKIEL D. CARDER
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02CA6141162
QUALIFIED IN KINGS COUNTY
COMMISSION EXPIRES FEBRUARY 13, 2010