UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIE C. JOSEPH,

                Plaintiff,

v.

TERENCE CARDINAL COOKE HEALTH CARE CENTER,
1199 SEIU NEW YORK'S HEALTH & HUMAN SERVICES
UNION AND NIEVA BOLINAS,

                Defendants.

Case No. 07 CV 9325 (JGK)

**NOTICE OF APPEARANCE**

ECF CASE

To the Clerk of this Court and all parties of record:

    Please enter the Appearance of BOND, SCHOENECK & KING, PLLC, as counsel of record for defendant TERENCE CARDINAL COOKE HEALTH CARE CENTER, a Member of the Catholic Health Care System, and for defendant NIEVA BOLINAS, R.N.

    I certify that the undersigned, DAVID E. PRAGER, is duly admitted to practice before this Court.

Dated: October 31, 2007

                                          BOND, SCHOENECK & KING, PLLC

                                          By: _____
                                               David E. Prager (DP 4009)

                                          330 Madison Avenue, 39th Floor
                                          New York, NY  10017-5001
                                          Telephone:  (646) 253-2330

                                          *Attorneys for Defendant*
                                          *Terence Cardinal Cooke Health Care*
                                              *Center, a Member of the Catholic*
                                              *Health Care System, and Nieva Bolinas*

TO:    Ralph A. Accoo
         2345 – 8th Avenue
         New York, New York  10027
         Telephone:  (212) 666-0516
         *Attorney for Plaintiff*

15098.1

David Slutsky (DS-7364)
Levy Ratner, P.C.
80 Eighth Avenue, 8th Floor
New York, New York 10011
(212) 627-8100
*Attorneys for Defendant*
*1199 SEIU National Healthcare Workers East*