UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIE C. JOSEPH,

                Plaintiff,

    v.

TERENCE CARDINAL COOKE HEALTH CARE CENTER,
1199 SEIU NEW YORK'S HEALTH & HUMAN SERVICES
UNION AND NIEVA BOLINAS,

                Defendants.

Case No. 07 CV 9325 (JGK)

**RULE 7.1 STATEMENT**

ECF CASE

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Terence Cardinal Cooke Health Care Center (a private non-governmental party, and a not-for-profit healthcare institution), a Member of the Catholic Health Care System, certifies that the following are corporate parents, subsidiaries, or affiliates of that party which are publicly held:  None.

Dated: October 31, 2007

BOND, SCHOENECK & KING, PLLC

David E. Prager (DP 4009)

330 Madison Avenue, 39th Floor
New York, NY  10017-5001
Telephone:  (646) 253-2330

*Attorneys for Defendant*
*Terence Cardinal Cooke Health Care*
   *Center, a Member of the Catholic Health*
   *Care System*

15099.1