UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| MARIE C. JOSEPH, | ECF CASE |
| Plaintiff, | Case No. 07 CV 9325 (JGK) |
| v. | STIPULATION EXTENDING PLAINTIFF'S TIME TO SERVE RESPONSIVE PAPERS, AND DEFENDANTS' TIME TO SERVE REPLY PAPERS, ON DEFENDANTS' MOTIONS TO DISMISS THE COMPLAINT |
| TERENCE CARDINAL COOKE HEALTH CARE CENTER, 1199 SEIU NEW YORK'S HEALTH & HUMAN SERVICES UNION and NIEVA BOLINAS, | |
| Defendants. | |

---

It is hereby STIPULATED and agreed, by and between the undersigned counsel for each and all of the respective parties, that Plaintiff's time to serve and file its Responsive papers to Defendants' October 25 and October 31 Motions to Dismiss the Complaint, is hereby extended to and including December 4, 2007, and all Defendants' time to serve and file their respective Reply papers on such motions is hereby extended to and including December 22, 2007. All service shall be made electronically; and if mailed, by overnight express mail delivery.

Dated: November 27, 2007

| BOND, SCHOENECK & KING, PLLC | LAW OFFICES OF RALPH A. ACCOO, ESQ. |
|---|---|
| *[signature]* | *[signature]* |
| David E. Prager (DP-4009) | Ralph A. Accoo (RA-7661) |
| 330 Madison Avenue, 39th Floor | 2345 – 8th Avenue |
| New York, NY 10017-5001 | New York, New York 10027 |
| Telephone: (646) 253-2330 | Telephone: (212) 666-0516 |
| *Attorneys for Defendants* Terence Cardinal Cooke Health Care Center, a Member of the Catholic Health Care System, and Nieva Bolinas | *Attorney for Plaintiff* |

15404.1

LEVY RATNER, P.C.

_____
David Slutsky (DS-7364)
80 Eighth Avenue, 8th Floor
New York, New York 10011
(212) 627-8100

*Attorneys for Defendant*
*1199 SEIU National Healthcare Workers East*