```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/21/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIE JOSEPH,

                Plaintiff,

   - against -

TERRENCE CARDINAL COOKE HEALTH CARE
CENTER and 1199SEIU,

                Defendants.

07 Civ. 9325 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The plaintiff's time to respond to the defendant's motion to dismiss is extended to **January 11, 2008**. If the plaintiff fails to respond the motion may be granted on default in which event the plaintiff will have no trial.

SO ORDERED.

Dated:   New York, New York
          December 20, 2007

                                    John G. Koeltl
                               United States District Judge