UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARIE JOSEPH,

           Plaintiff,

- against -

TERRENCE CARDINAL COOKE HEALTH CARE CENTER and 1199SEIU,

           Defendants.

---

07 Civ. 9325 (JGK)

ORDER

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3/2008
```

JOHN G. KOELTL, District Judge:

    The plaintiff's time to respond to the defendant's motion to dismiss is extended to **January 11, 2008**. If the plaintiff fails to respond the motion may be granted on default in which event the plaintiff will have no trial.

SO ORDERED.

Dated:    New York, New York
            December 20, 2007

                                          John G. Koeltl
                                     United States District Judge