UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X    07 CIV 9325 ( JGK )

MARIE C. JOSEPH

                plaintiff

     against                    ORDER

TERENCE CARDINAL COOKE HEALTH CARE
CENTER, 1199 SEIU NEW YORK'S HEALTH &
HUMAN SERVICES UNION AND NIEVA BOLINAS

                Defendants
------------------------------------------------X

    Upon the annexed affirmation of Ralph A. Accoo dated January 15, 2008 and upon the affirmation in opposition dated January 11, 2008 and upon all the papers and proceedings had heretofore herein, IT IS:

    ORDERED that the Clerk of the Court of the Southern District of New York shall be required to accept for filing plaintiff's affirmation in opposition to defendants motion to dismiss summons and verified complaint.

Dated: New York, NY
       Jan /6 2008

                                    /s/ J.G. Kelto
                              Judge, Southern District of New York

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/16/2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X   07 CIV 9325 (JGK)

MARIE C. JOSEPH

                plaintiff

     against

TERENCE CARDINAL COOKE HEALTH CARE      AFFIRMATION IN SUPPORT
CENTER, 1199 SEIU NEW YORK'S HEALTH &          OF ORDER
HUMAN SERVICES UNION AND NIEVA BOLINAS

              Defendants
------------------------------------------------X

     Ralph A. Accoo, an attorney at law affirms under the penalty of perjury:

     1. I am authorized to practice law before this court.

     2. This affirmation is made in support of the within order to direct the clerk of the court to accept for filing plaintiff's opposition affirmation to motion by the defendants to dismiss the summons and verified complaint.

     3. This case was transferred from the Supreme Court of New York State to this court as an ECF case.

     4. After mesne adjournments this court by Judge Koeltl set the deadline for filing plaintiff's affirmation in opposition by Jan. 11, 2008. The defendants were duly served.

     5. Plaintiff attempted to file the affirmation in opposition with the clerk of the court and was rejected for non compliance of ECF cases that require electronic filing. I was unable to comply because my office is not equipped for electronic filing and "E" mail.

     6. No previous application has been made for the relief herein requested.

     WHEREFORE, affirmant prays that the court issue an order directing the clerk of the court to accept for filing plaintiff's affirmation in opposition.

          Dated: January 15, 2008

                                                _/s/ Ralph A. Accoo_

RALPH A. ACCOO
ATTORNEY AT LAW
2345 8TH AVENUE
NEW YORK, NY 10027
(212) 666-0516
FAX (212) 866-6354

JAN 0 2008
CHAMBERS OF
JUDGE JOHN G. KOELTL

FAX TO : JUDGE KOELTL
212 805-7912