UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MARIE C. JOSEPH,

                                   Plaintiff,          **ECF CASE**

                          Case No. 07-CV-9325 (JGK)
             -against-

TERRENCE CARDINAL COOKE HEALTH CARE
CENTER, 1199SEIU NEW YORK'S HEALTH &
HUMAN SERVICES UNION AND NIEVA BOLINAS,

                                 Defendants.
-----------------------------------------------------------------X

### AFFIDAVIT OF SERVICE BY OVERNIGHT DELIVERY

I, MICAH WISSINGER, being duly sworn state the following:

I am not a party to this action, am over 18 years of age and reside at New York, NY.

On January 15, 2008, I caused to be served the Defendant 1199SEIU United Healthcare Workers East's **Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss** by dispatching a true copy by overnight delivery FEDEX to the following persons at the last known address set forth after each name below:

  David Prager, Esq.
Bond, Schoeneck & King, PLLC
330 Madison Avenue, 39th Floor
New York, NY 10017
*Attorneys for Defendants Terence
Cardinal Cook Health Care Center,
and Nieva Bolinas*
Fed Ex Tracking No. 799785137415

Ralph Accoo, Esq.
2345 8th Ave.
New York, NY 10027
*Attorney for Plaintiff Marie C. Joseph*
Fed Ex Tracking No.839727115106

_____
MICAH WISSINGER

Sworn to before me this
18th day of January, 2008

_____
NOTARY PUBLIC

EZEKIEL D. CARDER
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02CA6141162
QUALIFIED IN KINGS COUNTY
COMMISSION EXPIRES FEBRUARY 13, 2010

1-858-00003