UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARIE C. JOSEPH,

                Plaintiff,                          07 CIVIL 9325 (JGK)

-against-                                   **JUDGMENT**

TERRENCE CARDINAL COOKE HEALTH CARE
CENTER, 1199 SEIU NEW YORK'S HEALTH AND
HUMAN SERVICES UNION, AND NIEVA BOLINAS,
                Defendants.
------------------------------------------------------------X

       Defendants having moved to dismiss the claims as time-barred pursuant to Fed. R. Civ. P. 12(b)(6), and the matter having come before the Honorable John G. Koeltl, United States District Judge, and the Court, on April 1, 2008, having rendered its Memorandum Opinion and Order granting defendants' motions to dismiss, it is,

       **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated April 1, 2008, defendants' motions to dismiss are granted; accordingly, the case is closed.

**Dated:** New York, New York
         April 3, 2008

                                                    **J. MICHAEL McMAHON**
                                                       Clerk of Court
                                 BY:
                                                         **Deputy Clerk**

                                             THIS DOCUMENT WAS ENTERED
                                             ON THE DOCKET ON _____

(USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 4/3/08)