UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

MARIE C. JOSEPH,

                                 Plaintiff,

-against-

TERRENCE CARDINAL COOKE HEALTH CARE
CENTER, 1199SEIU NEW YORK'S HEALTH &
HUMAN SERVICES UNION AND NIEVA BOLINAS,

                                 Defendants.

--------------------------------------------------------------x

Index No.: 07 Civ. 9325 (JGK)

**CONSENT TO CHANGE OF ATTORNEY**

IT IS HEREBY CONSENTED THAT: Counsel for plaintiff, Yuen Roccanova Seltzer & Sverd LLP of 132 Nassau Street, Suite 1300, New York, NY 10038, be substituted as attorneys of record for the plaintiff in the above entitled action in place and stead of the undersigned attorney as of the date hereof. It is further agreed that a facsimile copy of this document shall have the same force and effect as an original.

Dated: April 21, 2008

_/s/ Marie C. Joseph_
Marie C. Joseph

_/s/ Steven Seltzer_
Steven Seltzer, Esq.
Incoming Counsel for Plaintiff
Yuen Roccanova Seltzer & Sverd LLP
132 Nassau Street, Suite 1300
New York, NY 10038
(212) 608-1178

_/s/ Ralph A. Accoo_
Ralph A. Accoo, Esq.
Outgoing Counsel for Plaintiff
2345 8th Avenue
New York, New York 10027
(212) 666-0516