UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
MARIE C. JOSEPH,

                                                       Index No.: 07 Civ. 9325 (JGK)
                           Plaintiff,

-against-                             **NOTICE OF APPEARANCE**

TERRENCE CARDINAL COOKE HEALTH CARE
CENTER, 1199SEIU NEW YORK'S HEALTH &
HUMAN SERVICES UNION AND NIEVA BOLINAS,

                                       Defendants.
-----------------------------------------------------------------x

SIRS:

      PLEASE TAKE NOTICE, that Steven Seltzer of the firm of YUEN ROCCANOVA SELTZER & SVERD LLP hereby appear as counsel for plaintiff in the above entitled action. Please serve all papers in this action upon and direct all future correspondence and communications in this action to:

                YUEN ROCCANOVA SELTZER & SVERD LLP
                132 Nassau Street, Suite 1300
                New York, New York 10038
                Tel.: (212) 608-1178
                Fax: (212) 608-2913

Dated:     New York, New York
            April 29, 2008

                                                **YUEN ROCCANOVA SELTZER & SVERD LLP**

                                                By: _____
                                              Steven Seltzer (SS 9023)
                                              Counsel for plaintiff
                                              132 Nassau Street, Suite 1300
                                              New York, New York 10038
                                              (212) 608-1178

TO:    David E. Prager (DP 4009)
BOND, SCHOENECK & KING, PLLC
**Counsel for Defendants**
**Terence Cardinal Cooke Health Care Center**
**And Nieva Bolinas**
330 Madison Avenue, 39th Floor
New York, New York 10017-5001
(646) 253-2330

David Slutsky (DS 7364)
LEVY RATNER, P.C.
**Counsel for Defendant**
**1199 SEIU New York's Health & Human Services Union**
80 Eighth Avenue, 8th Floor
New York, New York 10011-5126
(212) 627-8100

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

MARIE C. JOSEPH,  Index No. 07 Civ. 9325 (JGK)

                          Plaintiff,

-against-  **Affidavit of Service**

TERRENCE CARDINAL COOKE HEALTH CARE
CENTER, 1199SEIU NEW YORK'S HEALTH &
HUMAN SERVICES UNION AND NIEVA BOLINAS,

                          Defendants.
------------------------------------------------------------------ X

STATE OF NEW YORK:
                    ss:
COUNTY OF NEW YORK:

      I, Kit Ling Huang, being sworn, say:

1. I am not a party to the action, am over 18 years of age and reside in Kings County, State of New York.

2. On April 29th, 2008 I served the within Notice of Appearance by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to the following person(s):

      1)      David E. Prager (DP 4009)
                  BOND, SCHOENECK & KING, PLLC
                  **Counsel for Defendants**
                  **Terence Cardinal Cooke Health Care Center**
                  **And Nieva Bolinas**
                  330 Madison Avenue, 39th Floor
                  New York, New York 10017-5001

2)    David Slutsky (DS 7364)
      LEVY RATNER, P.C.
      **Counsel for Defendant**
      **1199 SEIU New York's Health & Human Services Union**
      80 Eighth Avenue, 8th Floor
      New York, New York 10011-5126

_____
Kit Ling Huang

Duly sworn to before me
this 29th day of April 2008.

_____

WINNIE LEE
Notary Public State of New York
No. 01LE6007469
Qualified in New York County
Certificate Filed in New York County
Commission Expires May 18, 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIE C. JOSEPH,

                              Plaintiff,        Index No.: 07 Civ. 9325 (JGK)

    - against -

TERRENCE CARDINAL COOKE HEALTH CARE
CENTER, 1199SEIU NEW YORK'S HEALTH &
HUMAN SERVICES UNION AND NIEVA BOLINAS,

                            Defendants.

## NOTICE OF APPEARANCE

Attorneys for Plaintiff
YUEN ROCCANOVA SELTZER & SVERD LLP
132 Nassau Street, Suite 1300
New York, NY 10038
(212) 608-1178

To:                                         Service of a copy of the within
                                         is hereby admitted.

Signature (Rule 130-1.1-a)
                                         Dated:_____, ____

Steven Seltzer, Esq.

PLEASE TAKE NOTICE:
   ( ) **NOTICE OF ENTRY**
   that the within is a (certified) true copy of a
   duly entered in the office of the clerk of the within named court on            20__

   ( ) **NOTICE OF SETTLEMENT**
   that an order                        of which the within is a true copy
   will be presented for settlement to         one of the judges of the
   within named Court, at
   on           20__     at       AM.

   Dated:                               Yours, etc.

                                           YUEN ROCCANOVA SELTZER & SVERD LLP