UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

Marie C. Joseph

Plaintiff,

07 CIVIL 9325 (JGK)

-against-

Terence Cardinal Cooke Health Care
et al.                      Defendants.
-----------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: Steven Seltzer

☒  *Attorney*

    ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
    SS 9023

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☒  *Law Firm/Government Agency Association*

    From: Miranda Sokoloff Sambursky Slone Verveniotis LLP
    To: Yuen Roccanova Seltzer & Suerd LLP

    ☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

☒  *Address:* 132 Nassau Street, Suite 1300, New York, NY 10038
☒  *Telephone Number:* (212) 608-1178
☒  *Fax Number:* (212) 608-2913
☒  *E-Mail Address:* sseltzer@yrsslaw.com

Dated: 5/2/2008